UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DARYL B. SPRINGER,

        Plaintiff,                      Case No. 2:16-cv-10681
                                            Judge Matthew F. Leitman
v.                                           Magistrate Judge Anthony P. Patti

COMMISSIONER OF
SOCIAL SECURITY,

        Defendant.

_____/

## ORDER GRANTING IN PART and DENYING IN PART PLAINTIFF'S APPLICATION TO PROCEED WITHOUT LOCAL COUNSEL OR IN THE ALTERNATIVE FOR AN ADDITIONAL 14-DAYS TO SECURE LOCAL COUNSEL (DE 5)

Plaintiff has filed a motion requesting leave to proceed in this matter without local counsel as provided for in E.D. Mich. LR 83.20(f); alternatively, Plaintiff seeks an extension of time within which to obtain local counsel. Upon consideration, Plaintiff's motion (DE 5) is GRANTED IN PART and DENIED IN PART. Plaintiff may not proceed without local counsel. However, she may have until April 7, 2016 by which to obtain local counsel.

**IT IS SO ORDERED.**

Dated: March 21, 2016

                                                                            Anthony P. Patti
                                                                            UNITED STATES MAGISTRATE JUDGE