UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DARYL B. SPRINGER,

    Plaintiff,

Case No. 16-cv-10681
Hon. Matthew F. Leitman

v.

COMMISSIONER OF
SOCIAL SECURITY,

    Defendant.
_____/

### ORDER (1) GRANTING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT (ECF #16), (2) DENYING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT (ECF #19), AND (3) REMANDING PLAINTIFF'S CLAIM FOR BENEFITS FOR FURTHER PROCEEDINGS

In this action, Plaintiff Daryl B. Springer ("Plaintiff") challenges the denial of his application for disability insurance benefits. (*See* Compl., ECF #1.) Plaintiff and the Commissioner of Social Security ("Defendant") have now filed cross-motions for summary judgment. (*See* ECF ## 16, 19.)

On June 22, 2017, the assigned Magistrate Judge issued a Report and Recommendation recommending that the Court grant Plaintiff's motion, deny Defendant's motion, and this matter be remanded to the Social Security Administration for further proceedings (the "R&R"). (*See* ECF #23.) At the conclusion of the R&R, the Magistrate Judge informed the parties that if they wanted

1

to seek review of his recommendation, they needed to file specific objections with the Court within fourteen days. (*See id.* at Pg. ID 625-26.)

Defendant has not filed any objections to the R&R. The failure to file objections to an R&R waives any further right to appeal. *See Howard v. Sec'y of Health and Human Servs.,* 932 F.2d 505 (6th Cir. 1991); *Smith v. Detroit Fed'n of Teachers Local 231,* 829 F.2d 1370, 1373 (6th Cir. 1987). Likewise, the failure to object to an R&R releases the Court from its duty to independently review the matter. *See Thomas v. Arn,* 474 U.S. 140, 149 (1985).

Accordingly, because Defendant has failed to file any objections to the R&R, **IT IS HEREBY ORDERED** that the Magistrate Judge's recommendation to grant Plaintiff's Motion for Summary Judgment is **ADOPTED**.

**IT IS FURTHER ORDERED** that (1) Plaintiff's Motion for Summary Judgment (ECF #16) is **GRANTED**; (2) Defendant's Motion for Summary Judgment (ECF #19) is **DENIED**; and (3) Plaintiff's claim for benefits is **REMANDED** to the Social Security Administration for further proceedings consistent with the R&R (ECF #23) and this order.

s/Matthew F. Leitman  
MATTHEW F. LEITMAN  
UNITED STATES DISTRICT JUDGE

Dated: July 10, 2017

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on July 10, 2017, by electronic means and/or ordinary mail.

                                                                 s/Holly A. Monda  
                                                                 Case Manager  
                                                                 (810) 341-9764