UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DARYL B. SPRINGER,

    Plaintiff,

Case No. 16-cv-10681
Hon. Matthew F. Leitman

v.

COMMISSIONER OF
SOCIAL SECURITY,

    Defendant.

_____/

## **JUDGMENT**

For the reasons stated in the Order issued on this date, it is ORDERED and ADJUDGED that Plaintiff's Motion for Summary Judgment is GRANTED, Defendant's Motion for Summary Judgment is DENIED, and Plaintiff's claim for benefits is REMANDED for further proceedings.

                                                            s/Matthew F. Leitman
                                                            MATTHEW F. LEITMAN
                                                           UNITED STATES DISTRICT JUDGE

Dated: July 10, 2017

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on July 10, 2017, by electronic means and/or ordinary mail.

                                                            s/Holly A. Monda
                                                            Case Manager
                                                           (810) 341-9764